**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Deborah S. Hunt**
**Clerk**                                                                                               513-564-7071

May 21, 2021

Hon. Travis Randall McDonough
Mr. Daniel P. Lennington
Mr. Luke N. Berg
Mr. Rick Esenberg
Mr. Matthew Janson McClanahan
Mr. Jack Starcher
Ms. Marleigh D. Dover
Ms. Alexandra Rachel Saslaw

        RE: Case No. 21-5517, *Antonio Vitolo, et al. v. Isabella Casillas Guzman*

Dear Judge McDonough and Counsel,

    I write at the direction of the panel before whom the appellant's motion for emergency injunctive relief is pending. The panel directs that before 1:00 p.m. (EDT) on Monday, May 24, 2021:

    1. The Government must update the Court as to the status of the Restaurant Revitalization Fund, including but not limited to the amount of unallocated funds remaining, what the daily disbursements have been for the past week, and any projections as to when the fund will run out, and

    2. The District Court shall notify this Court when it will hold a hearing on the Plaintiffs' Motion for Preliminary Injunction.

The government should submit its response in writing on the docket. Judge McDonough may submit his response to the clerk via email and the clerk will docket the response upon receipt.

    Your attention in this matter is greatly appreciated.

Sincerely,

*/s/ Deborah S. Hunt*

Deborah S. Hunt, Clerk
Deborah_Hunt@ca6.uscourts.gov