**Deborah Hunt**

**RECEIVED**
05/22/2021
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| **From:** | Travis McDonough |
| **Sent:** | Saturday, May 22, 2021 2:43 PM |
| **To:** | Deborah Hunt |
| **Cc:** | Travis Thompson |
| **Subject:** | Case No. 21-5517, Antonio Vitolo, et al. v. Isabella Casillas Guzman |

Ms. Hunt,

Good afternoon.  I am writing in response to yesterday's correspondence regarding the referenced case.

The plaintiffs have asked the district court not to hold a hearing on the motion for preliminary injunction.  They prefer that I decide the motion on the papers.  The government has already responded to the motion, and the plaintiffs have noted their intention to file a reply.  Once I receive that reply (assuming the plaintiffs do not raise new issues which, in fairness, the government should have the opportunity to address), the district court will issue a decision within 24 hours.  If additional briefing from the government is appropriate, I intend to allow 24 hours for it and will rule within 24 hours of the receipt of the government's submission.

Please reach out if we can be of further assistance.